IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 08-81232-CIV-COHN/SELTZER

ALAN BENJAMIN JAET,

    Petitioner,

vs.

IRIS BARZVI JAET,

    Respondent.
_____/

## ORDER GRANTING MOTION FOR RULE 35 EXAM
## ORDER APPOINTING DR. JULIANA GERENA TO EVALUATE MINOR CHILDREN
## ORDER GRANTING PETITIONER'S MOTION FOR SCHEDULING ORDER

THIS CAUSE is before the Court upon Respondent's Motion [DE 9] and Supplemental Motion [DE 13] for Psychological Evaluation of Children by Court Ordered Psychiatrist, Petitioner's opposition thereto [DE 17], and Petitioner's Motion for Scheduling Order [DE 15]. The Court has carefully considered these filings and the entire record, and is otherwise fully advised in the premises.[1]

### I. BACKGROUND

Petitioner Alan Jaet ("Petitioner" or "Father") brings this Petition for the Return of Children to Petitioner pursuant to the Hague Convention on the Civil Aspects of International Child Abduction ("Hague Convention") and the International Child Abduction Remedies Act (42 U.S.C. §§ 11601 et seq.) ("ICARA"). Petitioner Alan Jaet and Respondent Iris Jaet ("Respondent" or "Mother") were divorced on May 15, 2008 in

---

[1] Given the time constraints in this expedited proceeding, the Court will not wait for a response by Respondent to Petitioner's Motion for Scheduling Order. The Court would grant the setting of the proposed schedule even if Respondent opposed Petitioner's schedule (most of the schedule is already agreed to, with the exception of the video depositions of Petitioner's employees in Mexico).

Mexico City, Mexico, in the country in which they resided.[2] The divorce decree contains detailed provisions for custody and visitation. Although the mother retained primary custody, the father has custody on every Wednesday evening, two non-consecutive weekends per month, and vacation periods are to alternate between the parents.

The instant Petition, filed on October 23, 2008, alleges that Respondent wrongfully retained the three minor children (now ages 11, 9 and 7) in the United States by not returning the children to their father in Mexico City on July 15, 2008, for the second half of the summer vacation. The Petition seeks return of the children forthwith.

In her Answer to the Petition, Respondent alleges as an affirmative defense that Article 13b of the Hague Convention applies to prevent a return of the children to Petitioner in Mexico [DE 12]. Article 13b states that this Court is not bound to order return of the children if Respondent establishes that: "there is a grave risk that his or her return would expose the child to physical or psychological harm or otherwise place the child in an intolerable situation."

## II. DISCUSSION

### A. Request for Rule 35 Exam

Respondent seeks this Court to Order a psychological examination of the children to assist the Court in determining the applicability of her affirmative defense. Respondent's supplemental motion is supported by her prior Affidavit (filed under seal by the Court), which described allegations by her and the children of threats and abuse

---

[2] The document itself appears to be "Voluntary Divorce Decree," though Respondent contests that she voluntarily entered into the consent decree. Issues related to the voluntariness of the divorce decree are outside the jurisdiction of this Court under ICARA.

2

by Petitioner.

Petitioner opposes the motion for examination of the children. Petitioner argues that the Court's role is limited to determination of whether the children should be returned to Mexico and does not sit to determine custody. This argument is correct as to the Court's limited role in this dispute. The Court will not redetermine custody issues.

Petitioner next argues that Respondent's allegations, even if true, "do not make a prima facie case under Section 13(b)." Petitioner's Response at p. 3. The Court disagrees. The allegations by Respondent in her sealed affidavit, as well as the attached writings by the children, do raise a question whether the children would face "a grave risk of harm" if returned.

The Court is guided by the binding precedent in this Circuit of Baran v. Beaty, 526 F.3d 1340 (11th Cir. 2008). The issue to be decided by this Court is whether returning the children would present a grave risk of physical or psychological harm to them, not necessarily whether the children had previously been harmed, although clearly the past events are a factor in the final decision. 526 F.3d at 1346. Upon reviewing the cases cited by Respondent and cited in Baran, on the one end, cases involving a petitioner committing physical abuse or serious threats of abuse usually do not end in a return of children, while those involving inconvenience, hardship or loss of educational/economic opportunities do end in return.

The only case cited by Petitioner that directly addressed the issue of ordering a psychological evaluation, Locicero v. Lurashi, 2004 WL 1202729, No. 04-1276 (HL) (D.P.R. May 20, 2004), is distinguishable. In that case, the Respondent did not raise a 13b defense in his answer to the petition, but rather raised the defense and moved *ore*

3

*tenus* for an evaluation at a conference with the judge. The Judge, upon agreement of the parties, decided to first interview the 13 year-old child in camera, finding him to be alert, relaxed and eloquent, and describing his life in Puerto Rico and Argentina as similar. Locicero, * 7. As the child gave no indication that he would be exposed to grave risk of harm if returned to Argentina, the Court denied the request for evaluation.

Finally, Petitioner argues that Florida's public policy of not involving children in a legal dispute between their parents warrants denial of the motion. While this policy should be upheld in family law disputes between parents, the specific issue before this Court is whether **the children** face a grave risk of physical or psychological harm if returned to Mexico. This Court is not an expert in making that determination, and requires the assistance of an expert.

The Court concludes that Respondent has shown good cause for the Court to order a Rule 35 examination of the minor children. The scope of the examination shall be an evaluation of the children as to whether they have been subject to physical or psychological harm, and to the extent possible, whether there is a grave risk of such harm if they are returned to Mexico.

The Court will appoint Dr. Juliana Gerena, Psy.D., a licensed psychologist in the state of Florida, to conduct this evaluation, to be paid jointly by the parties.[3] Dr. Gerena has experience performing court-appointed evaluations of minors in the state courts and speaks Spanish, the native language of the minor children. Dr. Gerena need not extend any deference to the unauthorized evaluation conducted by Dr. Jeffrey Goidel at the unilateral action of Respondent, and should not review any reports Dr.

---

[3] Dr. Gerena's CV is attached as an exhibit to this Order.

Goidel produces on December 12, 2008.[4]

Given the short time constraints, the parties shall actively cooperate with Dr. Gerena, who indicated to chambers staff that she intends to interview the children, Respondent, Petitioner by telephone from Mexico, and the childrens' teachers in the United States and Mexico, if possible. The parties shall execute any releases required by the schools or teachers.

### B. Scheduling Order

Petitioner filed a motion for the Court to adopt its proposed scheduling order. While some of the dates have been agreed to by Respondent, not all of the dates were agreed to, particularly the video depositions of two Mexican nationals, the domestic employees of Petitioner. Given the expedited nature of these proceedings, Petitioner's motion is reasonable and is granted. Petitioner may take the video depositions of Maria Margarita Corona-Jimenez and Gonzalo Martinez-Cortes as proposed, though to the extent there are scheduling conflicts with the evaluation by Dr. Gerena, Dr. Gerena shall take precedence. Respondent shall nonetheless cooperate in scheduling the video depositions on the dates proposed by Petitioner.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Respondent's Motion [DE 9] and Supplemental Motion [DE 13] for Psychological Evaluation of Children by Court Ordered Psychiatrist is hereby **GRANTED**, as described above;

2. Dr. Juliana Gerena is hereby appointed by the Court to perform a psychological examination of the three minor children, Sidney, Abraham and Madison, as

---

[4] In addition, Dr. Gerena should not consult with Dr. Goidel, as his evaluation was performed outside Court supervision and not done with sufficient notice to Petitioner.

described above, with a final report due to the Court by close of business on Tuesday, December 23, 2008. The Court will file the report under seal upon its receipt;

3. Petitioner's Motion for Scheduling Order [DE 15] is hereby **GRANTED**, as explained above;

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of December, 2008.

_____
JAMES I. COHN
United States District Judge

Copies furnished to:

Dolly Hernandez, Esq./ Robert Kohlman, Esq./Effie Silva, Esq

Iris Barzvi Siso, pro se
by U.S. mail

Dr. Juliana Gerena by facsimilie

6

# *Juliana Gerena, Psy.D., P.A.*
## *Licensed Psychologist (PY #6450)*

| | |
|---|---|
| 9600 West Sample Road, Suite 504 | 5700 Lake Worth Road, Suite 312-B |
| Coral Springs, Florida 33065 | Lake Worth, Florida 33463 |
| Tel: (954) 340-0560 | Tel: (561) 433-2911 |
| Fax: (954) 344-3744 | Fax: (561) 433-2270 |

**Fluent in English/Spanish**

## EDUCATION

2000   **Doctor of Psychology (Psy.D.), Forensic Concentration** -Clinical Psychology
Miami Institute of Psychology
Caribbean Center for Advanced Studies (CCAS) (*APA full accreditation*)

1997   **Master of Science**
General Psychology
Miami Institute of Psychology
Caribbean Center for Advanced Studies (CCAS)

1995   **Bachelor of Science**
General Psychology
University of Florida
Gainesville, Florida

## ORGANIZATIONS AND AFFILIATIONS

American Psychological Association (APA)
Florida Psychological Association (FPA)
Broward Chapter of the Florida Psychological Association APA, Division of Clinical Psychology (12)
American Psychology Law Society
Association for the Treatment of Sexual Abusers (ATSA)
Florida Association for the Treatment of Sexual Abusers (FATSA)
National Adolescent Perpetration Network (NAPN)

## CLINICAL EXPERIENCE

October 2001 to Present   **Psychologist**
**Private Practice**
**Coral Springs/Lake Worth, Florida**

**Responsibilities:** private practice specializing in psychosexual, sexual abuse, psychological evaluations, full battery assessments, family-related evaluations, competency evaluations, capacity to testify evaluations, delinquency assessments, developmental assessments, trauma assessments and criminal, family and dependency evaluations. Contracted by the Florida Agency for Persons with Developmental

|  |  |
|---|---|
|  | Disabilities to conduct assessments in order to ascertain if youths/adults meet criteria for specialized services. Contacted by ChildNet and the Department of Juvenile Justice to conduct specialized assessments for youths/adults within their systems. Provide individual, family and group therapies to children, adolescents, and adults. Facilitate an outpatient juvenile sexual offender treatment program. |
| January 2008 to June 2008 | **Independent Contractor/Licensed Psychologist**<br>**G4S Youth Services LLC. @ Sago Palm's Academy**<br>**Pahokee, Florida**<br><br>**Responsibilities:** conduct psychological screenings, assessments and evaluations for developmentally disabled youths. Provide behavioral therapy, interventions, and support for program staff. Recommend and assist in program development, provide training and supervision to clinical staff, and consult with treatment team. |
| October 2001 to December 2002 | **Psychologist**<br>**The Chrysalis Center**<br>**Fort Lauderdale, Florida**<br><br>**Responsibilities:** clinical supervision of staff, assessments including full battery evaluations, and psychosexual and sexual abuse evaluations, quality assurance, treatment planning and program development. |
| October 2000 to October 2001 | **Psychology Resident, Evaluator**<br>**The Chrysalis Center**<br>**Fort Lauderdale, Florida**<br><br>**Responsibilities:** the Chrysalis Center is a community mental health center providing a comprehensive array of mental health services to children, adolescents, and their families. Duties included: assessment and treatment of juvenile sex offenders and sexually reactive and aggressive children. Evaluations consist of sexual behavior specific interviews, risk assessment, placement and treatment recommendations. A majority of the assessments were for children in foster care placements and many of the evaluations were court-ordered.<br>Supervisor: Sheila Rapa, Psy.D. |
| August 1999 to September 2000 | **Pre-Doctoral Internship**<br>**Atascadero State Hospital**<br>**Atascadero, California**<br>(20000 hours, APA Approved)<br><br>**Responsibilities:** inpatient based therapy and assessments with an adult forensic population. Client population included a variety of criminal and civil commitments. Therapy experiences included groups and individual formats utilizing cognitive behavioral, skills, building, and relapse |

|  |  |
|---|---|
|  | prevention models. Performed full psychological/psychosexual evaluations. Evaluations issues included personality, psychopathology, risk assessment, trial competency, sex offender assessments, and recommendations for treatment. Completed specialized training in the assessment of psychopathy using the Hare PCL-R. Provided individual therapy services utilizing cognitive-behavioral and narrative therapy approaches to college students via external training at California Polytech University Psychological Services.<br><br>Supervisors: John Riley, Ph.D., Todd, A. Theis, Ph.D., Victor-Silva Palacios, Ph.D., Diane Imrem, Psy.D., Beth Thompson, Ph.D., and Elie Axelroth, Psy.D. |
| June 1998 To January 1999 | **Clinical Evaluator**<br>**Dependency Court Intervention Program for Family Violence**<br>**Eleventh Judicial Circuit**<br>**Miami, Florida**<br><br>**Responsibilities:** Comprehensive psychological and domestic violence assessments of children and adults appearing in Miami-Dade County dependency court in order to determine treatment needs, placement, reunification, visitation, abuse/neglect history, ability to testify and capacity to parent.<br><br>Supervisor: Tracey Zeigler, Psy.D. |
| January 1998 to June 1998 | **Clinical Evaluator, Independent Contractor**<br>**Juvenile Court Assessment Center (a.k.a. Court Evaluation Unit)**<br>**Eleventh Judicial Circuit**<br>**Miami, Florida**<br><br>**Responsibilities:** Conducted court-ordered psychological evaluations to determine the best interest of the child. Evaluations consisted of interviews as well as psychological assessments in order to make recommendations regarding placement, visitation, abuse/neglect history, ability to testify, competency, treatment needs and capacity to parent.<br><br>Supervisor: Tracey Zeigler, Psy.D. |
| April 1998 to June 1998 | **Psychological Evaluator, Independent Contractor**<br>**Insight Psychological Services, Inc.**<br>**Sunrise, Florida**<br><br>**Responsibilities:** Conducted vocational training evaluations. Projective, objective, and intelligence measures were utilized.<br><br>Supervisor: Linda M. Fishman, Ph.D. |

| | |
|---|---|
| January 1998 to May 1998 | **Student Extern**<br>**Jackson Memorial Hospital, Health Corrections**<br>**Miami, Florida**<br><br>**Responsibilities**: Provided individual therapy to men and women in the correctional system. Facilitated group therapy with juveniles charged as adults. Provided crisis counseling.<br><br>Supervisor: Wendy Silver, Psy.D. |
| May 1997 to December 1997 | **Therapist**<br>**River Run Partial Hospitalization Program**<br>**Miramar, Florida**<br><br>**Responsibilities**: provided group and individual therapy intervention to clients presenting with a wider range of mental health disorders. Group therapy interventions focused on coping skills, assertiveness training, relapse prevention, social skills, depression, medication management and decision-making.<br><br>Supervisor: Larry Smith, Ph.D. |
| January 1997 to January 1998 | **Student Extern**<br>**Juvenile Court Assessment Center**<br>**Eleventh Judicial Circuit**<br>**Miami, Florida**<br><br>Please see above of description |
| August 1996 to December 1996 | **Student Clinician**<br>**Goodman Psychological Service Center**<br>**Miami Institute of Psychology**<br>**Miami, Florida**<br><br>**Responsibilities**: provided psychotherapy to clients in a community based mental health setting, conducted initial intakes, developing treatment plans and routine charting.<br><br>Supervisor: Steve Butler, Ph.D. |
| January 1995 to May 1995 | **Counselor**<br>**Metamorphosis Drug Rehabilitation Center**<br>**Gainesville, Florida**<br><br>**Responsibilities**: Used client-centered model for interactions with a wide range of inpatient adults. Facilitated educational and therapeutic groups. Facilitated recreational activities and participated in weekly training seminars and staff meetings. |

## RESEARCH EXPERIENCE

| | |
|---|---|
| 1999 | **Dissertation**<br>**Miami Institute of Psychology**<br>**Miami, Florida**<br><br>The purpose of this study was to experimentally test if women who have been alleged of physically abusing their children have higher aggression content in the Rorschach. This study was based on research done by Reid Meloy, Ph.D. and Carl Gacono, Ph.D. |
| 1998 to 1999 | **Dependency Court Intervention Program for Family Violence**<br>**Eleventh Judicial Circuit of Florida**<br>**Miami, Florida**<br><br>This was a national demonstration project awarded by the U.S. Department of Justice, Office of Justice Programs, and Violence Against Women Grants Office. This project was the first to examine domestic violence within the context of child protection. Comprehensive information and data between the relationship between child abuse and domestic violence was gathered. |
| 1994 to 1995 | **Research Assistant**<br>**University of Florida**<br>**Department of Psychology**<br>**Gainesville, Florida**<br><br>Duties included administration of intelligence tests, memory retention tests, and personality tests to children who were diagnoses as either having migraine headaches or seizures. |

## PRESENTATIONS

| | |
|---|---|
| July 2008 | **Multicultural Issues in Forensic Mental Health (3hrs)**<br>Children and Family Connections, West Palm Beach |
| May 2008 | **Updates in the Assessment and Treatment of Children with Sexual Behavior Problems & Juvenile Sexual Offenders (3hrs)**<br>Children and Family Connections, West Palm Beach |
| April 2008 | **Assessment, Treatment and Placement of Children with Sexual Behavior Problems within the Foster Care System (3hrs)**<br>ChildNet, Broward County |
| January 2008 | **Advanced Training: Children with Sexual Behavior Problems (3hrs)**<br>Children and Family Connections, West Palm Beach |
| December 2007 | **Juvenile Sexual Offender Risk Assessment and The Adam Walsh Act (4hrs)**<br>Department of Juvenile Justice, Palm Beach |

| | |
|---|---|
| September 2006 | **Interview Strategies: Child on Child Sexual Abuse, Children with Sexual Behavior Problems, & Juvenile Sexual Offenders (2hrs)**<br>Broward Sheriff's Office, Fort Lauderdale |
| September 2005 | **Psychosexual Evaluations: Adults, Juveniles and Children (3hrs)**<br>ChildNet of Florida, Fort Lauderdale |
| September 2004 | **Assessing and Treating Children with Sexual Behavior Problems: Training the Therapist (20hrs)**<br>Camelot Community Center, Fort Lauderdale |
| July 2004 | **Juvenile Sexual Offender Risk Assessment (3hrs)**<br>Department of Juvenile Justice, West Palm Beach |
| April 2004 | **Sexually Abused Children, Assessment and Treatment (2hrs)**<br>Children's Home Society, West Palm Beach |
| October 2003 | **Developed and Implemented Program: Treatment of Children with Sexual Behavior Problems in a Residential Setting (60hrs)**<br>Sandy Pines, Tequesta |
| April 2003 | **Sexualized Children (3hrs)**<br>Department of Children and Families, West Palm Beach |
| January 2003 | **Juvenile Sexual Offenders: Assessment and Treatment (3hrs)**<br>Boys and Girls Town, West Palm Beach |
| November 2002 | **Assessment and Treatment of Children with Sexual Behavior Problems (1hr)**<br>Camelot Community Care, West Palm Beach |
| January 2002 | **Treatment of Juvenile Sex Offenders (3hrs)**<br>Sponsored by the Chrysalis Center |
| May 2001 | **Child Abuse Conference (3hrs)**<br>Children and Adolescents with Sexual Behavior Problems<br>Sponsored by Joe DiMaggio Children's Hospital |
| May 2001 | **Conference to Whispering Pines School**<br>Problematic Sexual Behavior in Terms of Trauma<br>Sponsored by Whispering Pines School |

## ADDITIONAL EDUCATIONAL EXPERIENCE

| | |
|---|---|
| December 2008 | **Divorce Law Seminar For Mental Health Professionals (3hrs)**<br>Sponsored by: HodgsonRuss Attorneys |

| | |
|---|---|
| November 2008 | **Evaluation of Children's Competence to Proceed in the Juvenile Justice System (6.5 hrs)**<br>Presenter: Randy K. Otto, Ph.D.<br>Sponsored by: Department of Mental Health Law & Policy Florida Mental Health Institute University of South Florida |
| October 2008 | **Identifying, Responding To & Preventing Cyberbullying: Legal & Procedural Tools for Successful Interventions (6hrs)**<br>Presenter: Sameer Hinduja, Ph.D.<br>Sponsored by: Meds PDN |
| March 2008 | **Adult Risk Assessment (6hrs)**<br>Presenter: Dennis Doren, Ph.D.<br>Sponsored by: The Florida Association for the Treatment of Sexual Abusers |
| March 2008 | **Preventing Sexual Abuse: Advances in the Evaluation and Treatment of Youthful and Adult Sexual Abusers (11hrs)**<br>Sponsored by: The Florida Association for the Treatment of Sexual Abusers |
| February 2008 | **Florida Psychology CE Requirements: Combo-Pack with Domestic Violence (7hrs): Medical Errors, Domestic Violence, Professional Ethics, & Laws and Rules of the Board**<br>Sponsored by: Program Service Continuing Education |
| November 2007 | **Association for the Treatment of Sexual Abusers 26th Annual Research & Treatment Conference (18 hrs)**<br>Sponsored by: The Association for the Treatment of Sexual Abusers |
| October 2007 | **Psychological Services in the Broward County Schools: An Update For Private Practitioners (3hrs)**<br>Presenters: Mark Lyon, Ph.D., Faye Kravits, M.S.W., Joe Tamburino, Ph.D., Joaquin Eljauna, Ed.S., & Caroline Hejja, Ed.S.<br>Sponsored by: The Broward Chapter of the Florida Psychological Association |
| October 2007 | **Love Without Violence (1hr)**<br>Presenter: Lenore Walker, Ed.D.<br>Sponsored by: The Broward Chapter of the Florida Psychological Association |
| July 2007 | **Forensic Psychology-Then, Now, and Tomorrow (1hrs)**<br>Presenter: David Kazar, Ph.D.<br>Sponsored by: The Florida Psychological Association |
| July 2007 | **Sexually Violent Predator Evaluations: Problems and Pitfalls (3hrs)**<br>Presenter: Terence Campbell, Ph.D.<br>Sponsored by: The Florida Psychological Association |
| July 2007 | **Psychological Assessment of Sexual Offenders: Cultural (3hrs) Considerations of Bilingual, Limited English, and Non-English** |

|  |  |
|---|---|
|  | **Speaking Offenders from Other Ethnic Backgrounds**<br>Presented by: Yolanda C. Leon, Psy.D.<br>Sponsored by: The Florida Psychological Association |
| June 2007 | **Assessment of Juvenile and Adult Sex Offenders (7hrs)**<br>Presenter: Philip Witt, Ph.D., ABPP<br>Sponsored by: American Academy of Forensic Psychology |
| May 2007 | **Assessment and Interviews of Child Examinees in Personal Injury, Family Law/Custody, and Child Sexual Abuse Matters (7hrs)**<br>Presenter: Stuart A. Greenberg, Ph.D., ABFP<br>Sponsored by: American Academy of Forensic Psychology |
| May 2007 | **Violence Risk Assessment & Management Using Structured Professional Judgment (7hrs)**<br>Presenter: Kevin S. Douglas, LL.B, Ph.D.<br>Sponsored by: American Academy of Forensic Psychology |
| May 2007 | **Preventing Sexual Abuse Through Collaboration: A Multi-Agency Approach (10hrs)**<br>Sponsored by: Hillsborough County Abuse Intervention Network (SAIN) & Florida Association for the Treatment of Sexual Abusers (FATSA) |
| April 2007 | **The Use of the Jesness Inventory-Revised (JI-R) for Assessing Emotion and Behavior (3hrs)**<br>Presenter: Christine Castillo, Ph.D.<br>Sponsored by: Nova Southeastern University Center for Psychological Studies |
| December 2006 | **Intelligence Use of IQ Testing in Forensic and Clinical Practice (1hr)**<br>Presenter: Bruce Frumkin, Ph.D., ABFP<br>Sponsored by: The Broward Chapter of the Florida Psychological Association |
| December 2006 | **Annual Divorce Law Seminar For Mental Health Professionals: Parental Alienation Syndrome & Time-Sharing Issues (3hrs)**<br>Presenters: Robert Evans, Ph.D., David Riggs, Jaana Moisio, Yueh-Mei, Kim Nutter & Denise Jensen<br>Sponsored by: HodgsonRuss Attorneys |
| November 2006 | **An Overview of Dementia: Recognition, Causes, Differential Diagnosis & Treatment (3hrs)**<br>Presenter: Jacqueline C. Valdes, Ph.D.<br>Sponsored by: The Broward Chapter of the Florida Psychological Association |
| September 2006 | **Association for the Treatment of Sexual Abusers 25th Annual Research & Treatment Conference (12 hrs)**<br>Sponsored by: The Association for the Treatment of Sexual Abusers |
| July 2006 | **Foundations of Disaster Mental Health (6.5hrs)** |

|  |  |
|---|---|
|  | Presenters: Ron Ellis, Psy.D., & Marty Ellis, Psy.D.<br>Sponsored by: The Red Cross of Broward County |
| May 2006 | **Sexual Abuse and Trauma (3hrs)**<br>Presenters: Emily Lowler, LMHC & Miram Fipo-Jimenez, Ed.S, LMHC |
| December 2005 | **Annual Divorce Law Seminar For Mental Health Professionals: Parenting Coordinators, New Unified Family Court, Time Sharing Schedule, The Role of the Custody Evaluator (3hrs)**<br>Presenters: Yueh-Mei Kim Nutter, Chief Judge Kathleeen J. Kroll, Brenda M. Abrams, & David A. Riggs<br>Sponsored by: HodgsonRuss Attorneys |
| October 2005 | **Florida Forensic Examiner Training; Mental Health Professionals as Expert Witnesses (21hrs)**<br>Presenters: Randy Otto, Ph.D., & Chris Slobogin, J.D.,LL.M.<br>Sponsored by: The Department of Mental Health Law & Policy, Louis de la Parte Florida Mental<br>Health Institute, University of South Florida |
| September 2005 | **Responding to Children with Sexual Behavior Problems (11hrs)**<br>Presenters: Gail Ryan, M.A., Ted Shaw, Ph.D., Denise Hughes-Conlon, LMHC, Loretta Gallo-Lopez, MA, RPT-S, RDT-BCT<br>Sponsored by: The Hillsborough County Sexual Abuse Intervention Network |
| May 2005 | **Report Writing for Forensic Examiners (3hrs)**<br>Presenter: William R. Medows, Ph.D.<br>Sponsored by: Northeast Florida State Hospital |
| April 2005 | **Forensic Applications of the MMPI-2 (6hrs)**<br>Sponsored by: MMPI-2 Workshop and Symposium, Kent University |
| April 2005 | **Special Topics in MMPI-2 Interpretation (6hrs)**<br>Sponsored by: MMPI-2 Workshop and Symposium, Kent University |
| November 2004 | **Sexual Abuse vs. Family Abuse: Implications for Clinicians (6hrs)**<br>Presenter: Michael Freeny, MSW. |
| November 2002 | **Victim to Victimizer, Assessing and Treating Juvenile and Adult Sex Offenders (6hrs)**<br>Presenter: Judith B. Becker, Ph.D. |
| November 2002 | **Assessing Risk of Juvenile Violence (14hrs)**<br>Presenter: Randy Borum Ph.D. ABPP<br>Sponsored by: Specialized Training Services, Inc. |
| January 2002 | **Ethical Dilemmas in Treating Sex Offenders (6hrs)** |

|  |  |
|---|---|
|  | Moderated by Jill Levinson, Denise Conlon & Bob Wright<br>The Florida Association for the Treatment of Sexual Abusers |
| January 2002 | **The Sexual Abuse Intervention Network (S.A.I.N.) Statewide Conference (5hrs)**<br>Sponsored: The Center for Rational Living |
| January 2001 | **Use of Plethysmography (1hrs)**<br>Presenter: Astrid Hall<br>The Florida Association for the Treatment of Sexual Abusers |
| January 2001 | **The Ethics of Risk Assessment (1hrs)**<br>Presenter: John Morin and Ted Shaw<br>The Florida Association for the Treatment of Sexual Abusers |
| November 2001 | **The Association for the Treatment of Sexual Abusers (20hrs)**<br>Sponsored by: The Association for Sexual Abusers |
| November 2001 | **Working with Attachment Disorders and Families (1.5hrs)**<br>Presenter: Sheila Rapa, Psy.D.<br>Sponsored by: The Chrysalis Center |
| May 2001 | **Child Abuse Conference (16hrs)**<br>Sponsored by: Joe DiMaggio Children's Hospital |
| March 2001 | **Advanced Sexual Abuse Training (21hrs)**<br>Presenter: Detective Rick Cage and Denis Reed<br>Sponsored by: The Department of Children and Families |
| January 2001 | **Treating Juvenile Sexual Offenders (1.5hrs)**<br>Presenter: Loraine Stewart<br>Sponsored by: The Chrysalis Center |
| November 2000 | **Domestic Violence (3hrs)**<br>Presenter: Jill Levinson<br>Sponsored by: The Chrysalis Center |
| October 2000 | **Pharmacology (1hrs)**<br>Presenter: Noel Cabrera, M.D.<br>Sponsored by: The Chrysalis Center |
| February 2000 | **The Methods and Tools of Risk Assessment for Violence (4hrs)**<br>Presenter: Garret Essres, Ph.D.<br>Sponsored by: Atascadero State Hospital |
| February 2000 | **The Sexual Environment: Key to Risk Assessment and Management (8 hrs)**<br>Presenter: R. Hawks, Ph.D. |

|  |  |
|---|---|
|  | Sponsored by: Atascadero State Hospital |
| January 2000 | **Structured Risk Assessment: A Systematic Evidence-Based Strategy for Assessing Sex Offenders (16 hrs)**<br>Presenter: David Thorton, Ph.D.<br>Sponsored by: Atascadero State Hospital |
| October 2000 | **Promoting Competency & Reducing Risk: Ethics and Law Update (8hrs)**<br>Presenter: Daniel P. Taube, J.D., Ph.D.<br>Sponsored by: Atascadero State Hospital |

**References furnished upon request**