IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:   08-81232-CIV-COHN/SELTZER

ALAN BENJAMIN JAET,

    Petitioner,

vs.

IRIS BARZVI SISO, f/k/a IRIS BARZVI JAET,

    Respondent.

_____/

## ORDER GRANTING MOTION TO COMPEL

THIS CAUSE is before the Court upon Petitioner's Motion to Compel Compliance with Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure [DE 27].  The Court has carefully considered the motion and is otherwise fully advised in the premises.

Petitioner seeks to compel Dr. Juliana Gerena, the court appointed psychologist, to produce the raw data she used to complete her report.  Given the clear language of Rule 26(a)(2)(B), the Court need not wait for a response by Respondent, as Petitioner is entitled under the Rules to the data. However, the raw data should remain confidential, as it likely includes medical records and/or personal information regarding minor children.  The raw data, along with the report of Dr. Gerena, should be treated as sealed material.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Petitioner's Motion to Compel Compliance with Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure [DE 27] is hereby **GRANTED**, as explained above.  Dr. Gerena shall provide the parties with the raw data used in preparing her psychological evacuation of the minor children contemporaneously with the submission of her report to the Court (or as soon as is

practicable, but no later than 24 hours later).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of December, 2008.

_____
JAMES I. COHN
United States District Judge

Copies furnished to:

Dolly Hernandez, Esq./ Robert Kohlman, Esq./Effie Silva, Esq

Iris Barzvi Siso, pro se
via email