UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-81232-CIV-COHN/SELTZER

ALAN BENJAMIN JAET,

    Petitioner,

v.

IRIS BARZVI SISO, a/k/a
IRIS BARZVI JAET,

    Respondent.
_____/

## ORDER GRANTING IN PART MOTION FOR VISITATION

THIS CAUSE is before the Court upon Petitioner's Motion for Visitation [DE 46]. The Court has carefully considered the motion and is otherwise fully advised in the premises.

In this Petition for return of minor children, the Court held a three day bench trial from December 29, 2008 through December 31, 2008.  The Court reserved making a final ruling until Monday, January 5, 2009.  On Friday, January 2, 2009, Petitioner requested an overnight visitation with the three minor children from Saturday morning, January 3 through Sunday evening, January 4, 2009.  The Court had previously allowed such a visitation the weekend just prior to the bench trial.  Other than that visitation, Petitioner had not seen his children since they left Mexico in June of 2008.

During the bench trial, the Court heard testimony from the minor children in camera.  The Court did not hear of any problems from the children regarding the weekend visitation with their father.

As the Court will be issuing its final decision on Monday, January 5, 2009, and

given the short notice presented by the instant motion, the Court does not find that a full overnight visitation is appropriate at this time.  The Court has not had an opportunity to hear any opposition from Respondent.  However, the Court sees no reason to completely deny the motion, as Petitioner does have significant visitation rights under the parties' Mexican divorce decree.  Thus, even if opposed by Respondent Iris Jaet, the Court would grant the motion in part as explained below.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Petitioner's Motion for Visitation [DE 46] is hereby **GRANTED in part**;

2. Petitioner shall have a six hour period of unsupervised visitation on Sunday, January 4, 2009, from 11:00am through 5:00pm;

3. Petitioner shall pick up the minor children from Respondent in front of Max's Grille in Boca Raton, Florida, at 11:00am on Sunday, and return the children at a mutually agreed upon location in Boca Raton no later than 5:00pm on Sunday, January 4, 2009.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of January, 2009.

_____
JAMES I. COHN
United States District Judge

Copies furnished to:

Dolly Hernandez, Esq./ Robert Kohlman, Esq./Effie Silva, Esq

Iris Barzvi Siso, pro se
via email