UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-81232-CIV-COHN/SELTZER

ALAN BENJAMIN JAET,

    Petitioner,

v.

IRIS BARZVI SISO, a/k/a
IRIS BARZVI JAET,

    Respondent.
_____/

**FINAL JUDGMENT DIRECTING RETURN OF MINOR CHILDREN**
**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO STRIKE**

THIS CAUSE is before the Court upon the Court's Findings of Fact and Conclusions of Law, separately entered today.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Respondent's Motion to Strike [DE 4] is hereby **GRANTED in part** and **DENIED in part**, as explained in the Court's Conclusions of Law;

2. The Petition for Return of Minor Children is hereby **GRANTED**, and judgment is entered in favor of Petitioner and against the Respondent;

3. Respondent is hereby ordered to have the children ready for their return to Mexico by 9:00 am on Saturday, January 10, 2009, to be picked up at a mutually agreeable location in Boca Raton, Florida;[1]

---

[1] The Court understands that this deadline is five calendar days away. The parties are aware that the Court's original intent was for a ruling to be entered on December 31, 2008, following what the parties reported to be a two-day bench trial commencing on December 29. The parties underestimated the length of the trial, which did not end until after 5pm on Wednesday, December 31, 2008.

4. On advice of the Court appointed psychologist, Dr. Juliana Gerena, the children should return tomorrow to their Boca Raton, Florida local school to provide for closure with their new friends;

5. Petitioner's counsel, Robert Kohlman, Esq., or his designee, shall contact chambers to arrange for Petitioner's re-possession of the children's United States and Mexican passports.  The passports will only be released to Petitioner or someone employed by the Baker & McKenzie law firm;

6. If Respondent Iris Barzvi Jaet notifies Petitioner's counsel by 12 noon on Wednesday, January 7, 2009, that she wishes to accompany the children to Mexico, Petitioner shall provide Respondent with an airplane ticket to accompany the children on their return to Mexico;

7. The children should receive psychological counseling to deal with the divorce of their parents and their re-integration into their Mexican school and life;

8. Petitioner shall immediately withdraw any criminal complaints against Respondent in Mexico relating to her retention of the children in the United States to facilitate her return to Mexico, and shall file in this Court written confirmation of the dismissal of all criminal proceedings against Respondent in Mexico relating to her retention of the children in the United States as soon as possible, but no later than 30 days.

9. Petitioner should also undergo anger management counseling or some other form of counseling to deal with his angry outbursts toward the children.

10. The Clerk shall deny any other pending motions and shall close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of January, 2009.

_____
JAMES I. COHN
United States District Judge

Copies furnished to:

Dolly Hernandez, Esq./ Robert Kohlman, Esq.

Iris Barzvi Siso, pro se
via email